IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>ROUGE INDUSTRIES, INC., et al.,<br><br>　　Debtors. | Chapter 11<br><br>Case No. 03-13272 (MFW)<br><br>(Jointly Administered) |
| ROUGE STEEL COMPANY,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>QUAKER CHEMICAL CORPORATION,<br><br>　　Defendant. | Adv. Proc. No. 05-51286 |

**ORDER GRANTING QUAKER CHEMICAL CORPORATION'S
MOTION TO WITHDRAW REFERENCE**

AND NOW, this ____ day of _____, 2005, upon consideration of the motion of Quaker Chemical Corporation ("Quaker") for an order withdrawing the reference of this adversary proceeding (the "Motion"); and the Court, having found that notice of the Motion and hearing on the Motion was proper and adequate; it is hereby

ORDERED that the Motion is granted, and the reference of this Adversary Proceeding to the Bankruptcy Court is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

WM\4547\1