IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROUGE INDUSTRIES, INC., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 03-13272 (MFW) |
| ROUGE STEEL COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>QUAKER CHEMICAL CORPORATION,<br><br>　　　　　　　Defendant. | C.A. No. 05-650 (KAJ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and among counsel for the parties, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own fees and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL | DRINKER BIDDLE & REATH LLP |
|---|---|
| /s/ *signature* <br>William H. Sudell (#463)<br>Donna L. Culver (#2983)<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>　　Attorneys for Plaintiff | /s/ *signature* <br>Howard A. Cohen (#4082)<br>1100 N. Market Street, Suite 1000<br>Wilmington, DE 19801-1254<br>(302) 467-4213<br>　　Attorneys for Defendant |